

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00245-CV

———————————————

CROSS INTEGRATED TRANSPORT LLC, Appellant

V.

LEXINGTON INSURANCE COMPANY, Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2020-02862

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 24, 2025